Charese Rohny, OSB No. 953964
crohny@mbjlaw.com
Andrew L. Toney-Noland, OSB No. 225718
atoney-noland@mbjlaw.com
MCKANNA BISHOP JOFFE, LLP
1635 NW Johnson Street
Portland, Oregon 97209
Tele: 503-226-6111

Of Attorneys for Plaintiffs

Greg Kafoury, OSB No. 741663
kafoury@kafourymcdougal.com
Jason Kafoury, OSB No. 091200
jkafoury@kafourymcdougal.com
KAFOURY AND MCDOUGAL
411 SW Second Ave. Suite 200
Portland, Oregon 97204
Tele: 503-224-2647

Of Attorneys for Plaintiffs

Karen O'Kasey, OSB No. 870696
kok@hartwagner.com
Gioia Y. Fish, OSB No. 244233
gyf@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, 20th Floor
Portland, Oregon 97205
Tele: 503-222-4499
Attorneys for Defendants Oregon Health & Science University, Admir Beganovic, Krista Kolarik and Qiana Williams

Ryan S. Gibson, OSB No. 073873
ryan@rsgibsonlaw.com
Ryan S Gibson Law, LLC
200 SW Market Street, Suite 900
Portland, OR 97201
Tele: 503-477-7789

Attorneys for Defendant David Quitmeyer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TROY JAMES WINSLOW; HAGOP ("JACK") KHARIKIAN,**<br><br>                Plaintiffs,<br><br>      v.<br><br>**OREGON HEALTH & SCIENCE UNIVERSITY; DAVID QUITMEYER, in his individual capacity; ADMIR BEGANOVIC, in his official and individual capacities; KRISTA KOLARIK, in her official and individual capacities; QIANA WILLIAMS, in her official and individual capacities,**<br><br>                Defendants. | Civil Case No. 3:24-cv-02105-SI<br><br>**JOINT RULE 26(F) DISCOVERY PLAN AND CONFERENCE REPORT** |

Page 1 – **JOINT RULE 26(f) DISCOVERY PLAN AND CONFERENCE REPORT**

**I.      Conference of Counsel**

The parties hereby jointly submit their Discovery Plan and conference report, as required by Fed. R. Civ. P. 26(f).  A videoconference meeting was held on March 5, 2025, and was attended by attorneys Charese Rohny and Andrew Toney-Noland for the plaintiffs, Ryan Gibson for defendant David Quitmeyer and Karen O'Kasey for defendants Oregon Health Sciences University (OHSU), Admir Beganovic, Krista Kolarik, and Qiana Williams. The parties continued subsequently to confer via email communication.

**II.     Initial Disclosures**

Except as noted below with respect to defendant David Quitmeyer, the parties have agreed to provide initial disclosures and initial discovery protocols as required by Fed. R. Civ. P. 26(a)(1) and LR 26-7.  The parties have agreed to confer if more time is needed to complete initial disclosures and discovery protocols.  Attached hereto is the court's Fed. R. Civ. P. 26(a) Discovery Agreement.

**III.    Discovery Plan**

The parties propose to the court the following discovery plan and pretrial schedule:

A.   Plaintiffs estimate that they will depose 10 witnesses initially, and anticipate, given there are two plaintiffs and multiple key players, that they will likely confer and seek leave from the court for more depositions in excess of 10 if deemed necessary during the discovery process.  The parties anticipate conducting depositions beginning in late May 2025. (The parties are hopeful that the court will rule on Defendant Quitmeyer's Motion to Dismiss, filed March 7, 2025, prior to mid-May 2025 deposition dates.)

B.   Production of documents will be provided electronically to parties in a digital format, with all metadata, via a secure HIPAA compliant platform.

C.   The parties agreed to and have filed a Stipulated Protective Order.

D.   The last date for completion of all non-expert discovery shall be on November 26, 2025.

E.   All dispositive motions shall be due on January 26, 2026.

F.   Expert disclosure will be due 30 days after this court's ruling on dispositive motions.  Expert discovery will be completed within 45 days of expert disclosure.

G.   The Joint Alternative Dispute Resolution Report and Pretrial Order will be due consistent with the court's direction.

H.  The Parties request that the Court set a Rule 16 conference within 30 days after ruling on dispositive motions, and if the case is not fully dismissed at that time, to schedule pretrial and trial deadlines.

I.  Defendant Quitmeyer and Plaintiffs have agreed to an extension of producing to each other initial disclosures pursuant to FRCP 26(a)(1) and LR 26-7 until 30 days before the first deponent is scheduled to be deposed in this matter.

DATED this 20th of March, 2025

/s/ Charese Rohny
Charese Rohny, OSB No. 95396
Of Attorney for Plaintiffs

DATED this 20th of March, 2025

/s/ Karen O'Kasey
Karen O'Kasey, OSB No. 870696
Of Attorneys for Defendants Oregon Health & Science University, Admir Beganovic, Krista Kolarik and Qiana Williams

DATED this 20th of March, 2025

/s/ Ryan S. Gibson
Ryan S. Gibson, OSB No. 073873
Of Attorneys for Defendant Quitmeyer